UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEDRO ORTIZ GATICA and DIEGO LOPEZ MORALES,<br><br>               Plaintiffs,<br><br>  -against-<br><br>MAHARAJA PALACE RESTAURANT CORP (D/B/A) MAHARAJA PALACE), and MOHAMMED BASHAR,<br><br>               Defendants. | 23-CV-3717 (RA) (BCM)<br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

      This action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

      The Court is in receipt of a document entitled "Answer," filed on May 30, 2023 (Dkt. 11), apparently on behalf of the individual defendant, Mohammed Bashar, and the corporate defendant, Maharaja Palace Restaurant Corp. (Maharaja Palace). The Court accepts the Answer on behalf of the individual defendant, who is representing himself. However, Mr. Bashar cannot appear, sign pleadings, or otherwise defend this action on behalf of Maharaja Palace. *See Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007) ("[A] layperson may not represent a separate legal entity such as a corporation."). A corporation "must appear through licensed counsel." *Id.* Accordingly, no later than **July 5, 2023**, Maharaja Palace must appear and answer the complaint through counsel. Should it fail to do so, a default judgment may be entered against it.

Mr. Bashar may wish to contact the New York Legal Assistance Group (NYLAG) Clinic for Pro Se Litigants in the Southern District of New York, which is a free legal clinic staffed by attorneys and paralegals to assist those who are representing themselves in civil lawsuits in this court. The clinic is run by a private organization; it is not part of, or run by, the Court. It cannot accept filings on behalf of the Court, which must still be made by any *pro se* party through the Pro Se Intake Unit at Room 105, 40 Foley Square, New York, NY 10007.

To receive limited-scope assistance from the clinic, *pro se* parties may complete the clinic's intake form on their computer or phone at: https://tinyurl.com/NYLAG-ProSe-OI. If parties have questions regarding the form or they are unable to complete it, they may leave a voicemail at (212) 659-5190. The Clinic is open on weekdays from 10 a.m. to 4 p.m., except on days when the Court is closed.

Lastly, Mr. Bashar may choose to receive documents in this case electronically by completing a Consent to Electronic Service form, which is available on the Court's website at https://www.nysd.uscourts.gov/forms/consent-electronic-service-pro-se-cases.

Dated: New York, New York
  June 5, 2023               SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**