# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165
ramsha@csm-legal.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9/5/2023
```

**VIA ECF**
Honorable Barbara Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

          Re:    <u>Ortiz Gatica et al v. Maharaja Palace Restaurant Corp et al</u>
                  Index. No.: 23-cv-03717-RA-BCM

Your Honor:

      This office represents Plaintiffs in the above referenced matter. This letter is written jointly with pro se Defendant Mohammed Bashar to respectfully request an adjournment of the initial conference scheduled for September 7, 2023. The reason for this request is because pro se Defendant Bashar advised the undersigned counsel that he is currently out of town and will not be able to attend the conference and thus requested the adjournment. The undersigned counsel consents to the request.

      We thank the Court for its attention to this matter.

                                          Respectfully Submitted,

                                          /s/ Ramsha Ansari
                                          Ramsha Ansari, Esq.

cc:

VIA EMAIL
Mohammed Bashar
mukulblue@hotmail.com

> Application GRANTED. The initial case management conference scheduled for September 7, 2023 is ADJOURNED to **October 4, 2023** at **10:00 a.m.** <u>No further adjournments will be granted absent compelling circumstances</u>.
>
> _[signature: Barbara Moses]_
>
> Barbara Moses
> United States Magistrate Judge
> September 5, 2023

*Certified as a minority-owned business in the State of New York*