# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510
New York, New York 10165
ramsha@csm-legal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/3/2023__

October 2, 2023

**MEMO ENDORSED**

VIA ECF
Honorable Barbara Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    Ortiz Gatica et al v. Maharaja Palace Restaurant Corp et al
             Index. No.: 23-cv-03717-RA-BCM

Your Honor:

      This office represents Plaintiffs in the above referenced matter. This letter is written jointly with pro se Defendant Mohammed Bashar to inform the court that we have reached a settlement on all issues in the above referenced matter.

      Therefore, the Parties respectfully request sixty (60) days to submit a settlement agreement days to submit Rule 68 Offer of Judgment pursuant to *Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 414 (2d Cir. 2019). Additionally, the parties request to adjourn *sine die* the initial case management conference scheduled for October 4, 2023 at 10:00 a.m. This is the second request of its kind and is submitted on consent.

      We thank the Court for its attention to this matter.

                                Respectfully Submitted,

                                /s/ Mary Bianco
                                Mary Bianco, Esq.

cc:

VIA EMAIL
Mohammed Bashar
mukulblue@hotmail.com

> Application GRANTED to the extent that the initial case management conference scheduled for October 4, 2023 is ADJOURNED *sine die*. SO ORDERED.
>
> Barbara Moses
> United States Magistrate Judge
> October 3, 2023