**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

PEDRO ORTIZ GATICA and DIEGO LOPEZ
MORALES, *individually and on behalf of others*                    Civil Action No. **23-cv-003717**
*similarly situated,*


                                        *Plaintiffs*,                        ~~[Proposed Form Of]~~
                                                                             **JUDGMENT**

          -against-


MAHARAJA PALACE RESTAURANT CORP
(D/B/A MAHARAJA PALACE), and MOHAMMED
BASHAR,


                                        *Defendants.*
--------------------------------------------------------------X
                              <u>**JUDGMENT**</u>

On January 3, 2024, Plaintiffs filed a notice of acceptance of offer of judgment pursuant

to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

Judgment is hereby entered pursuant to Rule 68 of the Federal Rules of Civil Procedure

in favor of Plaintiffs PEDRO ORTIZ GATICA and DIEGO LOPEZ MORALES, and

against Defendant MOHAMMED BASHAR, in the amount of Twenty-Seven

Thousand Dollars and No Cents ($27,000), inclusive of all claims for relief against Defendant,

damages, attorneys' fees, costs, and expenses.



Dated:  _January 9_, 2024

                                        _____
                                        Hon. Ronnie Abrams