UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO ORTIZ GATICA and DIEGO LOPEZ MORALES, individually and on behalf of others similarly situated,

                Plaintiffs,

v.

MAHARAJA PALACE RESTAURANT CORP (D/B/A MAHARAJA PALACE), and MOHAMMED BASHAR,

                Defendants.

23-CV-3717 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On January 9, 2024, the Court entered judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in favor of Plaintiffs Gatica and Morales and against Defendant Bashar. *See* Dkt. No. 24. The judgment did not specify whether any claims remain against Defendant Maharaja Palace Restaurant Corporation. Given the time that has since elapsed, the parties shall file a joint letter no later than May 17, 2024, clarifying whether any claims remain against Defendant Maharaja Palace and informing the Court whether this case can now be closed.

SO ORDERED.

Dated:    April 19, 2024
            New York, New York

                                                  Hon. Ronnie Abrams
                                                United States District Judge